UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY LYNN JOHNSON,<br><br>        Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; and CAPITAL ONE (USA) NA,<br><br>        Defendants. | C25-0232 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Capital One's Unopposed Motion for Extension of Time to Respond to Complaint, docket no. 25, is GRANTED. Capital One's deadline to file a responsive motion or pleading is EXTENDED to April 16, 2025.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of March, 2025.

                                                          Ravi Subramanian
                                                          Clerk

                                                          s/Laurie Cuaresma
                                                          Deputy Clerk

MINUTE ORDER - 1