UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY LYNN JOHNSON,

          Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; and CAPITAL ONE (USA) NA,

          Defendants.

C25-0232 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff Jeffrey Johnson filed a Notice of Settlement, docket no. 37, that states he has resolved the claims between Plaintiff and Defendant Trans Union LLC. Those two parties ask that the Court vacate all deadlines in this case as to Defendant Trans Union only pending the finalization of terms and performance and submission of the necessary dismissal papers. All pending deadlines stated in the Court's Order, docket no. 28, are vacated as to Defendant Trans Union only.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of May, 2025.

          Ravi Subramanian
          Clerk

          s/Laurie Cuaresma
          Deputy Clerk

MINUTE ORDER - 1