UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY LYNN JOHNSON,

        Plaintiff,

 v.

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and CAPITAL ONE (USA), N.A.,

        Defendants.

C25-0232 TSZ

ORDER

    The parties having advised the Court that this matter has been resolved, see Notices of Settlement (docket nos. 34, 37, 39 & 40),

    NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. In the event that the settlements are not perfected, either party to an unperfected settlement may move to reopen and trial will be scheduled, provided such motion is filed within 60 days of the date of this Order.

    The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

    IT IS SO ORDERED.

    Dated this 22nd day of May, 2025.

Thomas S. Zilly
United States District Judge

ORDER - 1